IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR. NO. 03-20099-Ma |
| JOHN K. MERRELL, | ) ) | |
| Defendant. | ) | |

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Friday, August 26, 2005 at 11:00 a.m. The defendant, John K. Merrell, #17317-076, is confined as a prisoner at Federal Correctional Institution, Talladega, Alabama. It is necessary to have John K. Merrell appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Federal Correctional Institution, Talladega, Alabama, to have said John K. Merrell before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July 14, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:03-CR-20099 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT